# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00989-WDM-CBS

FELIX BROGNA,

      Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,

      Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff and the Defendant, by and through their counsel of record and for their Notice of Settlement, hereby state:

1. The Plaintiff and the Defendant have reached a settlement.

2. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the settlement document has been executed by the parties and the settlement terms have been completed by the parties. The parties expect this to happen by July 23, 2010.

Dated: July 15, 2010.

Respectfully Submitted,

| s/ David M. Larson | s/ Bruce R. Carvajal |
|---|---|
| David M. Larson, Esq. | Bruce R. Carvajal, Esq. |
| 405 S. Cascade Avenue, Suite 305 | Portfolio Recovery Associates, LLC |
| Colorado Springs, CO 80903 | 4600 S. Syracuse Street, Suite 900 |
| (719) 473-0006 | Denver, CO 80237 |
| Attorney for the Plaintiff | (757) 519-9300 |
| | Attorney(s) for the Defendant |