IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00989-BNB-CBS

FELIX BROGNA,

Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC.,

Defendant.

---

## ORDER

---

Pursuant to the parties stipulation and request [Doc. # 29, filed 7/28/2010]:

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED July 28, 2010.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge